Case 1:12-cr-00184-DAD-BAM   Document 152   Filed 05/20/15   Page 1 of 2

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America <br> v. <br> ALFONSO CORNEJO | ) <br> ) <br> ) Case No: 1:12-cr-00184-AWI-4 <br> ) USM No: 68789-097 <br> ) |
| Date of Original Judgment: 07/08/2013 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) David Porter, Assistant Federal Defender <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 46 months **is reduced to** 37 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

```
***If this sentence is less than the amount of time the defendant has already served as of
November 1, 2015, the sentence is reduced to a time served sentence. If the defendant is
released from custody before November 1, 2015, this order will be of no effect. In no event
is this Order to be understood as authorizing release prior to November 1, 2015 or
authorizing a term of imprisonment less than the term actually served on November 1, 2015.
```

Except as otherwise provided, all provisions of the judgment dated 07/10/2013 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/20/2015

/s/ ANTHONY W. ISHII
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Honorable ANTHONY W. ISHII, U.S. District Judge
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: ALFONSO CORNEJO
CASE NUMBER: 1:12-cr-00184-AWI-4
DISTRICT: Eastern District of California

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 23            Amended Total Offense Level: 21
Criminal History Category: I                Criminal History Category: I
Previous Guideline Range: 46 to 57 months   Amended Guideline Range: 37 to 46 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS